

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GERARDO ADRIAN SANTILLAN, | § | No. 08-23-00292-CR |
| Appellant, | § | Appeal from |
| v. | § | 227th Judicial District Court of |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2018-CR-13543B) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF MAY 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.